UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : 

: ORDER

    VS.

JONATHAN RODRIGUEZ

:

    Defendant

: CR.3:22-147-01(FLW)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 14th day of JULY 2022,

ORDERED that Andrea Bergman, AFPD from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

                                s/Freda L. Wolfson
                                  FREDA L. WOLFSON
                            UNITED STATES CHIEF JUDGE