UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN RODRIGUEZ, | Honorable Freda L. Wolfson<br><br>Criminal No. 22-147 (FLW)<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Eric Suggs, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant, Jonathan Rodriguez; and the defendant not making a bail application and this time and reserving his right to re-apply for pre-trial release at a later date; and for good cause shown:

IT IS, therefore, on this 14th day of July, 2022,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, Jonathan Rodriguez, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek pre-trial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

*Freda L. Wolfson*
_____
Honorable Freda L. Wolfson
U.S. Chief District Judge